UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN HARRIS | CIVIL ACTION |
| Plaintiff, | |
| v. | NO. 13-CV-3937 |
| SAINT JOSEPH'S UNIVERSITY and JOSEPH KALIN and JANE DOE | |
| Defendants. | |

## STIPULATION FOR EXTENSION OF TIME WITHIN WHICH PLAINTIFF IS TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT OF DEFENDANTS, SAINT JOSEPH'S UNIVERSITY AND JOSEPH KALIN

No prior extension having been granted, it is hereby stipulated and agreed by and between Kenneth M. Dubrow, Esquire, attorney for Plaintiff, Brian Harris, and James A. Keller, Esquire, attorney for Defendants, Saint Joseph's University and Joseph Kalin (collectively, "Moving Defendants"), that Plaintiff may file his response to Moving Defendant's motion to dismiss (Document 23) on or before October 15, 2013.

THE CHARTWELL LAW OFFICES, LLP

BY:_____
KENNETH M. DUBROW, ESQUIRE
Attorney for Plaintiff,
Brian Harris

SAUL EWING, LLP

BY:_____
JAMES A. KELLER, ESQUIRE
Attorney for Defendants,
Saint Joseph's University and
Joseph Kalin

APPROVED BY THE COURT:

_____
J.

Harris (44982)/Pleadings/Stip for Ext to Rsp to Mot to Dis Defs St. Joe & Kalin