IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN HARRIS | : | CIVIL ACTION |
| v. | : | |
| SAINT JOSEPH'S UNIVERSITY, et al. | : | NO. 13-3937 |

FILED
MAR 2 5 2014

## ORDER

On July 18, 2013, a motion styled "Moving Defendant's Motion to Proceed in Pseudonym and for Protective Order" (ECF Document 7) was filed. The parties have since filed a Stipulation and Agreement addressing the concerns raised in the motion, plaintiff has since filed an Amended Complaint (Doc. 20), and the parties thereafter filed a "Stipulation to Amend (First) Amended Complaint" (Doc. 22).

Furthermore, although on August 15 and 16, 2013, defendants filed motions to dismiss (Docs. 16 & 18), the aforementioned operative Amended Complaint (Doc. 20) and Stipulation to Amend the Amended Complaint (Doc. 22) were filed thereafter, making these prior motions to dismiss moot.[1]

Accordingly, **AND NOW**, this 25th day of March, 2014, upon consideration of the Moving Defendant's Motion to Proceed in Pseudonym and for Protective Order filed July 18, 2013 (Doc. 7), and defendants' motions to dismiss (Docs. 16 & 18) (filed prior to the filing of plaintiff's Amended Complaint (Doc. 20) and the Stipulation to Amend the Amended Complaint

---

[1] Of course, defendants' **subsequently-filed** Motions to Dismiss (Docs. 23 & 24), as well as plaintiff's opposition thereto (Docs. 30 & 32) and all other related briefs and filings remain pending before the Court, and appear ripe for disposition.

1

(Doc. 22)), it is hereby **ORDERED** that the aforesaid motions (Docs. 7, 16 & 18) are **DISMISSED** as moot.

BY THE COURT:

_/s/ L. Felipe Restrepo_
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE

ENTERED
MAR 26 2014
CLERK OF COURT

2