IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN HARRIS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **SAINT JOSEPH'S UNIVERSITY, et al.** | : | **NO. 13-3937** |

### O R D E R

AND NOW, this 12th day of May, 2014, upon consideration of the Motion to File Brief *Amicus Curiae* of Foundation for Individual Rights in Education ("FIRE") in Support of Plaintiff (ECF Document 34), the Memorandum of Law in Opposition thereto filed by Defendant Saint Joseph's University ("SJU") (Doc. 35), the Response to FIRE's motion to file brief *amicus curiae* filed by Defendant Jane Doe (Doc. 36), FIRE's reply (Doc. 38), the Motion to Strike, or, in the alternative, for Leave to File a Sur-reply in opposition to FIRE's Reply filed by Defendant SJU (Doc. 39), and Defendant SJU's Sur-Reply (Doc. 39-4), it is hereby **ORDERED** that:

1.  FIRE's Motion to File Brief *Amicus Curiae* (Doc. 34) is **GRANTED**;

2.  Defendant SJU's Motion (Doc. 39) is **GRANTED** insofar as it requests leave to file a Sur-reply.

BY THE COURT:

 s/ L. Felipe Restrepo
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE