```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                        - - -

BRIAN HARRIS,                 : CIVIL ACTION NO. 13-3937
                              :
           Plaintiff          :
                              :
                              :
                              :
                              :
                              :
                              :
                              :
    v                         :
                              :
                              :
                              :
                              :
                              :
                              :
                              :
                              :
SAINT JOSEPH'S UNIVERSITY,    :
et al.,                       : Philadelphia, Pennsylvania
                              : January 5, 2015
           Defendants         : 1:01 p.m.

                        - - -

        TRANSCRIPT OF SETTLEMENT CONFERENCE HEARING
          BEFORE THE HONORABLE L. FELIPE RESTREPO
               UNITED STATES DISTRICT JUDGE

                        - - -

APPEARANCES:

For the Plaintiff:    KENNETH M. DUBROW, ESQUIRE
                      The Chartwell Law Offices, LLP
                      One Logan Square
                      130 North 18th Street
                      26th Floor
                      Philadelphia, PA   19103


For the Defendant:    JAMES A. KELLER, ESQUIRE
                      Saul Ewing, LLP
                      3800 Centre Square West
                      1500 Market Street
                      Philadelphia, PA   19103
```

*Transcribers Limited*
17 Rickland Drive
Sewell, NJ 08080
856-589-6100 • 856-589-9005

1 | Audio Operator:      Nelson Malave
2 | Transcribed By:      Brad Anders
3 |                        - -- -
4 |       Proceedings recorded by electronic sound
  | recording; transcript produced by computer-aided
5 | transcription service.
6 |                        - -- -

3

1   (The following was heard in open court at 1:01
2   p.m.)
3           THE COURT: This is Docket 13-3937, civil
4   action, Brian Harris v. Saint Joseph's University, et
5   al.
6           Will counsel please identify themselves for
7   the record and put the terms, the material terms, on
8   the record.
9           MR. DUBROW: Kenneth M. Dubrow for the
10  plaintiff, Brian Harris.
11          MR. KELLER: James Keller for defendant,
12  Saint Joseph's University and defendant, Joseph
13  Kalin.
14          THE COURT: Mr. Dubrow?
15          MR. DUBROW: Your Honor, for the plaintiff
16  the -- we are happy -- we are pleased to report to the
17  Court that the parties have reached an accord, the
18  terms of which are as follows.
19          Saint Joe's, Kalin and Harris will enter into
20  a settlement agreement pursuant to which certain
21  non-monetary issues have been addressed and the terms
22  of Saint Joe's response to any inquiries made by any
23  transferring institutions to which Brian Harris has
24  applied or may apply. That language has been agreed to
25  by and between counsel for plaintiff and Saint Joe's

1   and has been memorialized in correspondence.
2           In further consideration of the settlement
3   Saint Joe's has agreed to pay a figure, which I have
4   informed Brian Harris of, which he has accepted and
5   Saint Joe's has agreed to pay, but is not being
6   placed on the record as the amount is confidential.
7   That will resolve the Saint Joe's, Harris and Kalin
8   issues.
9           The parties will then enter into a three
10  party settlement agreement, including mutual releases
11  that will involve the other defendant, Jane Doe, by
12  which Harris will dismiss his claims against Saint
13  Joe's and Kalin memorialized in the first settlement
14  agreement.
15          In the second settlement agreement Harris
16  will dismiss his claims against Jane Doe in
17  consideration for which Jane Doe will dismiss her
18  claims against Harris and Doe will dismiss her
19  cross-claim against Saint Joe's.
20          I don't believe Saint Joe's has asserted a
21  cross-claim against her.  It hasn't filed an answer.
22          MR. KALIN:  It has --
23          THE COURT:  Mr. Keller, is that your
24  understanding of the settlement agreement?
25          MR. KELLER:  It has -- it is, Your Honor,

5

1  and I also believe, and Mr. Dubrow will correct me if
2  I am wrong, that Mr. Harris has represented that he
3  will not be seeking to reapply or come back to Saint
4  Joe's.
5           MR. DUBROW:  That's correct.
6           THE COURT:  All right.  And Mr. Harris, Mr.
7  Brian Harris, sir, you have been with us all morning?
8           PLAINTIFF HARRIS:  Yes, sir.
9           THE COURT:  You heard Mr. Dubrow put the
10 terms on the record.  Is that your understanding, sir,
11 of the terms?
12          PLAINTIFF HARRIS:  Yes, sir.
13          THE COURT:  You're settling this case
14 voluntarily, sir?
15          PLAINTIFF HARRIS:  Yes, sir.
16          THE COURT:  Do you have any questions of Mr.
17 Dubrow?
18          PLAINTIFF HARRIS:  No.
19          THE COURT:  Now, your father is with us here,
20 also, I just thank him for being here and I thank the
21 representatives from Saint Joseph's.  We will docket
22 the 41(b) some time today.  This case is deemed
23 settled.
24          MR. KELLER:  Your Honor, if I may, just very
25 quickly?  I assume, since Mr. Harris' father is here

6

1 | that confidentiality, he will need to be subject to
2 | confidentiality.
3 |     THE COURT:  Oh, sure.
4 |     MR. KELLER:  As will my folks.
5 |     THE COURT:  I think everybody understands.
6 | Mr. Harris, Sr., do you understand that, sir?
7 |     MR. HARRIS, SR.:  I do.
8 |     THE COURT:  All right.  Thank you, gentlemen.
9 |     MR. DUBROW:  Thank you, sir.
10 |     MR. KELLER:  Thank you, Your Honor.
11 |     (Proceedings adjourned at 1:04 p.m.)
12 |     * * *

## CERTIFICATION

I, Brad Anders, do hereby certify that the foregoing is a true and correct transcript from the electronic sound recordings of the proceedings in the above-captioned matter.

_1-21-15_
Date

_Brad Anders_ (signature)
Brad Anders